UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSLYN LENA SCOTT, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NUMBER:  1:19-cv-0565-AT |
| LUIS JAVIER HERNANDEZ LABRADA AND DEA LOGISTICS, LLC, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

COME NOW, Defendants Luis Javier Hernandez Labrada and DEA Logistics, LLC and hereby notify the Court that the parties attended mediation on November 6, 2019 and a settlement agreement was reached between Defendants and Plaintiff Roslyn Lena Scott.  The parties are in the process of finalizing the formal settlement documents in exchange for the settlement draft and a Stipulation of Dismissal with Prejudice will be filed.

[*Signatures on next page.*]

**DENNIS, CORRY, SMITH & DIXON, LLP**

*/s/ Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia Bar No. 658345

*/s/ M. Angela Cooper*
M. ANGELA COOPER, ESQ.
Georgia Bar No. 186164
For the Firm
Attorneys for Defendants

900 Circle 75 Parkway,
Suite 1400
Atlanta, GA 30339
(404) 926-3659
gbs@dcplaw.com
acooper@dcplaw.com

## **CERTIFICATE OF SERVICE**

I electronically filed this **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record::

> Tarek Abdel-Aleem, Esq.
> L. John Edwards, Esq.
> The Aleem Law Firm
> 1355 Peachtree Street, NE, Suite 700
> Atlanta, GA 30326

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

This 7th day of November, 2019.

> */s/ M. Angela Cooper*
> M. ANGELA COOPER, ESQ.
> For the Firm

54-13672(GBS)