UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSLYN LENA SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS JAVIER HERNANDEZ LABRADA AND DEA LOGISTICS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NUMBER: 1:19-cv-0565-AT |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for the parties to the above-stated civil action that the same may be dismissed, pursuant to Rule 41(a), Federal Rules of Civil Procedure, with prejudice, each party to bear its own costs.

**THE ALEEM LAW FIRM**

/s/ *Tarek S. Abdel-Aleem*
TAREK S. ABDEL-ALEEM
Georgia Bar No. 946317

/s/ *L. John Edwards*
L. JOHN EDWARDS, ESQ.
Georgia Bar No. 142494
Attorneys for Plaintiff

-2-

1355 Peachtree Street, NE, Suite 700
Atlanta, Georgia 30309
Telephone: (404) 220-9178
Facsimile: (678)941-9460
tarekaaleem@gmail.com
john@josephaleem.com

                               DENNIS, CORRY, SMITH & DIXON, LLP

                               /s/ *Grant B. Smith*
                               Grant B. Smith, ESQ.
                               Georgia Bar No. 658345

                               /s/ *M. Angela Cooper*
                               M. ANGELA COOPER, ESQ.
                               Georgia Bar No. 186164
                               For the Firm
                               Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, GA 30339
(404) 926-3659
(404) 365-0134 Facsimile
Gbs@dcplaw.com
acooper@dcplaw.com